**MASTAGNI, HOLSTEDT, AMICK,
MILLER & JOHNSEN, APC**
DAVID P. MASTAGNI (SBN 57721)
PHILLIP R.A. MASTAGNI (SBN 238254)
KENNETH BACON (SBN 104194)
1912 "I" Street, Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
Email: dmastagni@mastagni.com
Email: phillip@mastagni.com
Email: kbacon@mastagni.com

**BERGER & MONTAGUE, P.C.**
Daniel R. Miller (PA Bar No. 68141)
Joy Clairmont (PA Bar No. 82775)
Benjamin A. Waters (PA Bar No. 313494)
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
Email: dmiller@bm.net
Email: jclairmont@bm.net

*Attorneys for Relator*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA *ex rel*. DEBBIE G. RINEHART,<br><br>Plaintiffs,<br><br>v.<br><br>WALGREEN CO.,<br><br>Defendant. | CASE NO.: 2:14-CV 0148 LKK KJM<br><br>**ORDER GRANTING PLAINTIFF RELATOR'S MOTION TO FILE COMPLAINT *IN CAMERA* AND UNDER SEAL AND TO PLACE COMPLAINT AND ALL OTHER PAPERS IN THIS MATTER UNDER SEAL**<br><br>**[L.R. 141]**<br><br>**FILED IN CAMERA AND UNDER SEAL** |

Upon consideration of Plaintiff Relator's request that this complaint be filed *in camera* and under seal and the complaint and all other papers in the matter be placed under seal pursuant to the Federal False Claims Act, 31 U.S.C. § 3730(b)(2), Good cause appearing it is hereby **ORDERED** that Plaintiff Relator's request is **GRANTED**, and that the matter shall be placed under seal, and shall remain under seal until further order of the Court.

1

1
2
3  Dated:  January 28, 2014.
4
5
6                              _____
                               LAWRENCE K. KARLTON
7                              SENIOR JUDGE
                               UNITED STATES DISTRICT COURT
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**2**

**[Proposed] ORDER GRANTING PLAINTIFF RELATOR'S MOTION TO FILE COMPLAINT *IN CAMERA* AND UNDER SEAL**