BENJAMIN B. WAGNER
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2762
Fax: (916) 554-2900

Attorneys for the United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA, *ex rel.* DEBBIE G. RINEHART,<br><br>           Plaintiffs,<br><br>   vs.<br><br>WALGREEN CO.,<br><br>           Defendants. | 2:14-cv-0148 WBS DAD<br><br>**ORDER ON THE UNITED STATES'** ***EX PARTE*** **APPLICATION TO PARTIALLY LIFT THE SEAL**<br><br>**FILED UNDER SEAL** |

   Upon consideration of the United States' *ex parte* Application for a Partial Lifting of the Seal, and for good cause shown,

   IT IS HEREBY ORDERED that at the discretion of the United States, the United States may disclose the allegations raised by Relator and provide a copy of the Complaint and any Amended Complaints subsequently filed to Relator and his counsel in the *qui tam* action pending in this Court against defendant Walgreen Co. titled:  United States *ex rel*. Dabek v. Walgreen Co., 2:13-CV-2397 WBS-DAD.

   IT IS FURTHER ORDERED that the Complaint and all other filings shall remain under seal, except insofar as that seal has been partially lifted by this Court.

///

   IT IS SO ORDERED.

[PROPOSED] ORDER ON UNITED STATES' *EX PARTE*
APPLICATION TO PARTIALLY LIFT THE SEAL

1

1  Dated:  March 24, 2014

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE