MASTAGNI, HOLSTEDT, AMICK,
MILLER & JOHNSEN, APC
DAVID P. MASTAGNI (SBN 57721)
PHILLIP R.A. MASTAGNI (SBN 238254)
KENNETH BACON (SBN 104194)
1912 "I" Street, Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
Email: dmastagni@mastagni.com
Email: phillip@mastagni.com
Email: kbacon@mastagni.com

**BERGER & MONTAGUE, P.C.**
Daniel R. Miller (PA Bar No. 68141)
Joy Clairmont (PA Bar No. 82775)
Benjamin A. Waters (PA Bar No. 313494)
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
Email: dmiller@bm.net
Email: jclairmont@bm.net

*Attorneys for Relator*

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA *ex rel.* DEBBIE G. RINEHART,<br><br>Plaintiffs,<br><br>v.<br><br>WALGREEN CO.,<br><br>Defendant. | CASE NO. 2:14-CV 0148-WBS-DAD<br><br>**ORDER GRANTING RELATOR'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**<br><br>**FILED IN CAMERA AND UNDER SEAL** |

This Court has considered RELATOR'S Motion for Leave to File a First Amended Complaint, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that RELATOR DEBBIE G. RINEHART, is granted leave to amend to file her First Amended Complaint UNDER SEAL, a copy of which is attached hereto as Exhibit "1".

///

---

**1**

**[PROPOSED] ORDER GRANTING RELATOR'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

1  **IT IS SO ORDERED.**
2
3  Dated:  May 28, 2014
4  _____
   WILLIAM B. SHUBB
5  UNITED STATES DISTRICT JUDGE