BENJAMIN B. WAGNER
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2762
Facsimile: (916) 554-2900

Attorneys for the United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, *ex rel.* DEBBIE G. RINEHART,<br><br>Plaintiffs,<br><br>vs.<br><br>WALGREEN CO.,<br><br>Defendant. | 2:14-cv-0148 WBS DAD<br><br>**ORDER ON THE UNITED STATES'** ***EX PARTE*** **APPLICATION TO PARTIALLY LIFT THE SEAL ON THE** ***QUI TAM*** **COMPLAINT**<br><br>**FILED UNDER SEAL** |
|---|---|

Upon consideration of the United States' *Ex Parte* Application for a Partial Lifting of the Seal, and for good cause shown,

IT IS HEREBY ORDERED that, at its option, the United States may disclose the existence of this *qui tam* action along with the allegations raised by Relator, and provide a copy of the complaint and any subsequent amended complaints filed, or any portion thereof, to defendant Walgreen Co.

IT IS FURTHER ORDERED that the complaint and all other filings shall remain under seal, except insofar as that seal has been partially lifted by this Court.

///

///

[PROPOSED] ORDER ON THE UNITED STATES' EX PARTE APPLICATION TO PARTIALLY LIFT THE SEAL ON THE *QUI TAM* COMPLAINT

1

1   IT IS SO ORDERED.

2   Dated:  March 24, 2015

3   _____
    WILLIAM B. SHUBB
4   UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ON THE UNITED STATES' EX PARTE      2
APPLICATION TO PARTIALLY LIFT THE SEAL ON THE *QUI
TAM* COMPLAINT

# CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on March 24, 2015, she served a copy of:

**THE UNITED STATES'** *EX PARTE* **APPLICATION TO PARTIALLY LIFT THE SEAL ON THE** *QUI TAM* **COMPLAINT, MEMORANDUM OF LAW IN SUPPORT OF THE UNITED STATES'** *EX PARTE* **APPLICATION TO PARTIALLY LIFT THE SEAL ON THE** *QUI TAM* **COMPLAINT, and [PROPOSED] ORDER ON THE UNITED STATES'** *EX PARTE* **APPLICATION TO PARTIALLY LIFT THE SEAL ON THE** *QUI TAM* **COMPLAINT**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

**Addressee(s):**

Joy Clairmont
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6305

Bernice Yew
California Department of Justice
Criminal Law Division
Bureau of Medi-Cal Fraud and Elder Abuse
1425 River Park Drive, Suite 300
Sacramento, California 95815

                                                     */s/ Dominique Williams*
                                                     DOMINIQUE WILLIAMS

1