BENJAMIN B. WAGNER
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2762
Facsimile: (916) 554-2900

Attorneys for the United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA , STATE OF CALIFORNIA, *ex rel.* DEBBIE G. RINEHART,<br><br>Plaintiffs,<br><br>vs.<br><br>WALGREEN CO.,<br><br>Defendant. | 2:14-cv-0148 WBS KJN<br><br>**ORDER ON THE UNITED STATES' REQUEST FOR A FIFTH EXTENSION OF TIME TO DECIDE WHETHER TO INTERVENE AND EXTENSION OF THE SEAL**<br><br>**FILED UNDER SEAL** |

Upon consideration of the United States' *Ex Parte* Application for an Extension of the Intervention Deadline and Seal Period, and for good cause shown, the Court hereby rules as follows:

1. The United States and California shall have through and including September 26, 2016, to notify the Court of their respective decisions on whether to intervene in this action;

2. The complaint and all other filings shall remain under seal until the United States notices its election, or until further order of this Court;

3. Any status (pretrial scheduling) conference calendared is vacated, and shall be set for a time after the United States and California notify the Court of their respective decisions on whether to intervene in this action.

/ / /

/ / /

1     IT IS SO ORDERED.

2 Dated:  March 24, 2016

3                               WILLIAM B. SHUBB

4                               UNITED STATES DISTRICT JUDGE