1  XAVIER BECERRA
   Attorney General of California
2  GERALD A. ENGLER
   Chief Assistant Attorney General
3  SARALYN M. ANG-OLSON
   Senior Assistant Attorney General
4  VINCENT DICARLO
   Supervising Deputy Attorney General
5  BERNICE L. LOUIE YEW, State Bar No. 114601
   Deputy Attorney General
6  E-mail:  Bernice.Yew@doj.ca.gov
   EMMANUEL R. SALAZAR, State Bar No. 240794
7  Deputy Attorney General
   E-mail:  Emmanuel.Salazar@doj.ca.gov
8   2329 Gateway Oaks Drive, Suite 200
    P.O. Box 944255
9   Sacramento, CA 94244-2550
    Telephone:  (916) 621-1795
10  Fax:  (916) 274-2949

11 *Attorneys for State of California*

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, *ex rel.* DEBBIE G. RINEHART,<br><br>                        Plaintiffs,<br><br>           vs.<br><br>WALGREEN CO.,<br><br>                        Defendant. | 2:14-cv-00148 KJM EFB<br><br>**ORDER ON STATE OF CALIFORNIA'S NOTICE OF SETTLEMENT AND REQUEST TO MAINTAIN COURT SEAL UNTIL APRIL 4, 2017**<br><br>**FILED UNDER SEAL** |

    Upon review of the State of California's Notice of Settlement and Request to Maintain Court Seal until April 4, 2017, the Court finds good cause and hereby rules as follows:

    1.    Unless ordered otherwise, the complaint and all other filings shall remain under seal until and including April 4, 2017.

///

///

1

2. The State of California must file its notice of intervention by April 4, 2017.

IT IS SO ORDERED.

Dated: March 24, 2017.

_____
UNITED STATES DISTRICT JUDGE