PHILLIP A. TALBERT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2762
Fax: (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, *ex rel.* DEBBIE G. RINEHART,<br><br>Plaintiffs,<br><br>vs.<br><br>WALGREEN CO.,<br><br>Defendant. | 2:14-cv-0148 KJM EFB<br><br>**ORDER ON THE UNITED STATES' NOTICE OF PARTIAL INTERVENTION FOR SETTLEMENT** |

The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2), (3), and (4), the Court rules as follows:

IT IS ORDERED that relator's First Amended Complaint, the United States' Notice of Partial Intervention for Settlement, and this Order, be unsealed;

IT IS FURTHER ORDERED that all other previously-filed contents of the Court's file in this action remain under seal and not be made public, or served upon defendant, pending further order of the Court;

IT IS FURTHER ORDERED that the seal shall be lifted on all matters occurring in this action after the date of this Order.

ORDER ON THE UNITED STATES'
NOTICE OF PARTIAL INTERVENTION FOR SETTLEMENT

1

IT IS SO ORDERED.

DATE:  March 24, 2017.

_____
UNITED STATES DISTRICT JUDGE

ORDER ON THE UNITED STATES'
NOTICE OF PARTIAL INTERVENTION FOR SETTLEMENT

2