IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, *ex rel.* DEBBIE G. RINEHART,<br><br>Plaintiffs,<br><br>vs.<br><br>WALGREEN CO.,<br><br>Defendant. | 2:14-cv-0148 KJM EFB<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL** |

Upon consideration of the Joint Stipulation of Dismissal filed by the United States, California and relator Debbie Rinehart (Relator), and after taking into account the best interests of the parties involved and the public purposes behind the False Claims Act, 31 USC § 3730(b)(1), and the California False Claims Act, Cal. Gov't Code § 13652, it is hereby ORDERED that:

1) All claims asserted in this action are dismissed with prejudice as to Relator; and

2) All claims asserted in this action for the Covered Conduct as that term is defined in the Settlement Agreement between the United States, California, Relator, and defendant Walgreen Co. are dismissed with prejudice as to the United States and California. All other claims asserted in this action are dismissed without prejudice as to the United States and California.

IT IS SO ORDERED.

DATE: July 21, 2017.

_____
UNITED STATES DISTRICT JUDGE

Joint Stipulation of Dismissal; Order                                                                                          1